GABRIEL CASTELLANOS, ESQ. (S.B.#227702)
LAW OFFICES OF GABRIEL CASTELLANOS, LLP
2 N. LAKE AVENUE, SUITE 1080
PASADENA, CA 91101
TEL: (626) 405-8113
FAX: (626) 564-8757

Attorney for Defendants:

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MINH'S MEAT COMPANY, INC. MINH DIEU HUYNH, AND QUANG K. HUYNH <br><br> Defendants. | Case No.: CR-04-905-CBM <br><br> [~~PROPOSED~~] ORDER RE: EARLY TERMINATION OF PROBATION PURSUANT TO 18 U.S.C. § 3564 (c) |

The Court finds that both the assigned Attorney of United States of America, Joseph O. Johns and the assigned Probation Officer, have no objection and stipulate to Defendant Minh Huynh's ~~Minh's Meat Company, Inc.~~, Motion for Early Termination of Probation pursuant to 18 U.S.C. § 3564 (c).

**IT IS HEREBY ORDERED** that Defendant Minh Huynh ~~Minh's Meat Company, Inc.~~ may be released from the terms and conditions of probation forthwith in accordance with the Stipulation entered by all parties.

Date: 12/29/08

_____
Honorable Consuelo B. Marshall
United States District Judge

[PROPOSED] ORDER RE MOTION FOR EARLY TERMINATION OF PROBATION